UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LETCIA CHOICE | § | |
| | § | |
| vs. | § | CASE NO. 2:10-CV-186-DF-CE |
| | § | |
| TYSON FOODS, INC. | § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 12), which contains his recommendation that the court grant the plaintiff's motion to remand (Dkt. No. 6), and award plaintiff her reasonable costs and attorney's fees related to the removal, has been presented for consideration. No objections were filed to the report and recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts, in its entirety, the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, the court remands the above-titled action to the Judicial District Court of Shelby County, Texas and orders the defendant to pay the plaintiff's reasonable costs and attorney's fees in the amount of $2,450.00.

**SIGNED this 17th day of August, 2010.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE